UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MOJISOLA ADEDOLAPO SANYA | * | CASE NO.: |
| vs. | * | |
| UNITED STATES SECRET SERVICE<br>Defendant | * | |

* * * * * * * * * * * *

## MOTION TO RETURN PROPERTY UNDER RULE 41(G)

Mojisola Adedolapo Sanya, by and through undersigned counsel, David E. Williams, Esquire, of Law Office of David E. Williams LLC, files this motion to return property and states the following:

(1) That one 2006 Maserati Quattroporte, VIN #ZAMCE39A960022644, was seized by United States Secret Service agents on June 26, 2012, belonging to Mojisola Sanya and valued at $53,200.00..

(2) That the Defendant through the Law Office of William R. Buie III, Esquire, at the request of Oluwaseun Sanya, requested return of the vehicle on July 25, 2012, but received no response from the United States Attorney Office. (See attached letter.)

(3) That Oluwaseun Sanya did receive two notices, one for himself and one for his mother, Mojisola Adedolapo Sanya, regarding notice of seizure of the Maserati.

(4) Oluwaseun Sanya did not inform his mother of receiving packages from U.S. Secret Service on August 27, 2012.

(5) That Assistant United States Attorney Sujit Raman should have directed that the notices served on August 27, 2012, be served on counsel for Oluwaseun Sanya and the writer of the letter requesting that the car be returned to Ms. Sanya.

(6) That the Government knew the parties were represented but failed to distribute

notices to counsel.

(7) That David Williams, Esquire, contacted Sujit Raman by telephone in September of 2012, but the U.S. Attorney failed to state that the forfeiture proceeding by U.S. Secret Service had started. (See attached letter.)

( ) That finally the U.S. Secret Service contacted David Williams, Esquire, and informed him that the time to place a claim for the Maserati had expired.

(8) That, for failure to provide proper notice to counsel, Plaintiff is demanding return of said vehicle or payment of $53,200 for value of said vehicle.

Respectfully submitted,

_____
DAVID E. WILLIAMS, ESQUIRE
LAW OFFICE OF DAVID E. WMS.LLC
1 North Charles Street, #1101
Baltimore Maryland 21201
(443) 708-3962
Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2013, I will electronically file the foregoing Motion to Return of Property Under Rule(g) with the Clerk of Court using the CM/ECF system.

And I hereby certify that I mailed the document by U.S. Mail to all parties of record.

Sujit Raman                             USSS Communications Center--AFD
Assistant United States Attorney        245 Murray Drive, S.W.
6500 Cherrywood Lane, 4th Floor         Building #T-5
Greenbelt, Maryland 20770               Washington, D.C. 20223